Geraldine NICHOLAS, Individually and as Administratrix of the Estate of James Nicholas, Plaintiff–Appellant

v.

KBR INC; M.W. Kellogg Co.; Kellogg Brown & Root Inc.; Halliburton, Defendants–Appellees.

No. 10–20651.

United States Court of Appeals, Fifth Circuit.

June 7, 2011.

Jennifer Job Seale, Esq., Edward Downs Fisher, Attorney, Provost Umphrey Law Firm, L.L.P., Beaumont, TX, for Plaintiff–Appellant.

Michael James Muskat, Esq., Muskat, Martinez & Mahony, L.L.P., Houston, TX, for Defendants–Appellees.

Before KING, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Geraldine Nicholas, individually and as administratrix of the estate of James Nicholas, appeals the district court's summary judgment in favor of Defendants–Appellees KBR Inc., M.W. Kellogg Brown & Root Inc., and Halliburton. We have carefully reviewed the exhaustive Memorandum and Opinion of the district court as well as the appellate briefs filed herein, the record on appeal, and the applicable law. We are satisfied that the district court's summary judgment should be, and hereby is, affirmed for essentially the reasons and reasoning given by that court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

